ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA   2012 MAR 16  AM 11: 30

DUBLIN DIVISION

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ARCHIE G. ROE, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-070 |
| FNU AJIBADE, Doctor, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED**. (Doc. no. 23.) As a result, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this ___ day of March, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE